


NIXIE        015   FE   1          0000/14/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300425   *1469-04218-14-33

"NOT AT THIS ADDRESS- RETURN TO SENDER"   2021 JUN 16  AM 11:34

DOES NOT MEET BOP
REQUIRMENTS
FOR LEGAL MAIL

19-1553, 52
Judgment 613

Cameron Lacroix
#25706-038
FMC Devens
PO Box 879
Ayer, MA 01432-0000