# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee, | : | |
| | : | USCA No. 19-1553; No. 19-1952 |
| v. | : | USDC No. 14-cr-10227-PBS-1 |
| CAMERON LACROIX, | : | |
| Appellant. | : | |

## APPELLATE DEFENSE COUNSEL'S
## THIRD MOTION TO WITHDRAW FROM CASE

COMES NOW Anthony D. Martin, Esquire, court appointed appellate defense counsel for CAMERON LACROIX. Counsel moves pursuant to *Fed.R.App.P* 27 and *Local Rule 46.6(c)(4)* in seeking an order permitting his withdrawal from this matter for reasons more fully set forth below. The government takes no position on the motion.

### *Procedural Posture*

The Court issued Judgment on this matter on June 3rd, 2021 and the Writ of Mandamus issued on June 24th, 2021.

### *Basis for Relief Requested*

1. Counsel carefully reviewed the client's Appellate File; which includes three separate cases.

2. After having taken yet another look at this matter, it is counsel's opinion that filing a petition for writ of certiorari would be frivolous in this instance.

3. Counsel attempted to send a copy of this Motion and letter to Mr. Cameron Lacroix via e-mail, but it was returned undeliverable.(Atch 1)  Counsel does not have any other address for Mr. Lacroix.

4. The letter explains the nature of the motion and his rights and obligations thereafter.

5. Counsel has also sent a copy of the Motion to government counsel and has been advised that the government takes no position on the Motion.

### *Prayer*

WHEREFORE, counsel respectfully requests that the court relieve him of any further responsibility or obligation on behalf of the appellant in this matter.

        Respectfully submitted:
        ANTHONY D. MARTIN, PC

By:   /   S   /Anthony D. Martin
      Anthony D. Martin, Esquire
      GREENWAY CENTER OFFICE PARK
      7474 Greenway Center Drive, Ste 150
      Greenbelt, MD 20770
      (301) 220-3700; (410) 220-1625 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and AFFIRM that a copy of the foregoing Third Motion to Withdraw, was sent via regular mail to the Appellant on this Sunday, August 29, 2021 at the address appearing below:

**Cameron Lacroix**
clacroix@gmail.com


**Mackenzie A. Queenin**
United States Attorney's Office MA
1 Courthouse Way, Suite 9200
Boston, MA 02210


**Donald Campbell Lockhart, AUSA**
Office of the United States Attorney
1 Courthouse Way, Ste 9200
Boston, MA 02210


/  S   /Anthony D. Martin