Dear Clerk,

    I recently moved to 312 Washington St Apt 1, Wellesley Massachusetts 02481. Please update the record on cases 19-1553 and 19-1952 if neccessary. Also, I do not object to Attorney Martin's withdrawal from the case. He has already provided me copies of the USCA judgements affirming the case via e-mail. Feel free to reach out to me via e-mail at clacroix@gmail.com or via mail at the address provided above. Thank you for all your office has done pertaining to my case while I was incarcerated. The assistance does not go unappreciated.

Thanks

*[signature]*

11/6/2021



Cameron LaVicka
312 Washington St Apt 1-1
Wellesley Ma 02481

USMS SCREENED

US Court of Appeals
1 Courthouse Way
Boston, MA 02210

memo: 19-1553; 19-1952

02210-300299

BOSTON MA 020
8 NOV 2021 PM 3 L